FILED
January 3, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Case: 3-22-cv-00007

← 3-18-cv-02781-N-BT... 



---

Case 3:18-cv-02781-N-BT Document 2 Filed 10/18/18 Page 1 of 1 PageID 3

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

ORIGINAL

2018 OCT 18 PM 3: 17

CHAVEZ

Juan Chavez d.b.a Fine Arts Education Reform
Plaintiff

v. V. CAPELLA, et al

3-18CV2781-K
Civil Action No.

Scott Ruse et al
Defendant

**COMPLAINT**

1. On October 18, 2016, in Dallas, Texas, Scott Ruse ordered DISD police to break Chavez' left hand.

2. Chavez was ____ t of protection to section 1983 by the DISD ____ e.

3. He was mad ____ perform un ____ bor and a ____ ed kidnapping.

4. All plaintiff ____ d defend ____ domiciled i ____ rent state ____ amage ex ____ eds $75,001.

The plaintiff ____ ial. Please grant liber ____ endme ____ this complaint ____ d give kno ____ of what ____ necessary to ____ iff to hold for any o ____ relief t ____ ay be just and ____ uitable.

RICO

* Attach additional pages as needed.

Date          10/17/2018

Signature     Juan Chavez

Print Name    Juan Chavez

Address       1355 New York Ave NE

City, State, Zip   Washington, DC 20002

Telephone     202-643-35

10

1/2/22



---

## Re:fund

1 message

---

**Juan Chavez** <jchavez@alumni.berklee.edu>                                                    Sun, Jan 2, 2022 at 9:30 PM
Draft To: Stratman, Kelly <kelly.stratman@capella.edu>, Tanner, Amanda <AMANDA.TANNER@capella.edu>
Cc: Aurora.Adams@capella.edu

> To:
> Capella University – Mpls
> PO Box 211563
> Dallas, TX 75211
>
> Good evening and Happy New Year,
>
> I have done enough work, for your institution and others, to don Distinguished accolades. I have for certain always performed, even when discouraged, marked red, falsely deemed a non-performer. And, I, without any doubt. . . certainly by a preponderance of the credible evidence, am worthy of Basic Competency as a matter of course. . . . in an Intro course I am taking for a second time within your Sister Schools.
>
> I deserve at least Basic competency CREDIT for the second Intro to Business course that is now blocking me from making submissions. At the very least I deserve a reasonable extension to submit the requested revisions. **But, what I am asking you for here, now, is a good old fashion, _customer's_ _always right_, refund.** Not of what I paid, but what you worked with the U. S. Department of Education to in-debt me with. It's unclear if your institution has any knowledge or practice of cryptocurrency, but I am able to accept the funds in Ethereum, Bitcoin and or Stocks thanks to Cashapp, Coinbase, and other new business applications.
>
> Thank you for all of the work we've done. I look forward to continuing our Education mission and pursuit, equitably, moving forward.
>
> - Maestro Chavez
>
> BFlat+ Media Publishing
> Juan Pablo Chavez
> 106 ½ Judge John Aiso St. #722
> Los Angeles, CA 90012
> http://bflatplus.media/publishing
> (702) 706-ARTS
>
> % Reason, Logic & Law
> 151 1st Ave, 270,
> New York, NY 10003
> http://reasonlogiclaw.com
> (202) 643-3LAW
>
> PayPal: bit.ly/pay4music
>
> Cashapp: $juanpablochavez $reasonlogiclaw
>
> Coinbase Wallet: @reasonlogiclaw
>
> Venmo/Insta: @rtsmediaink
> Twitter: @rtsmediatech @reasonlogiclaw
>
> Web: juanpchavez.com
> Mgmt: chiefm@3stro.com
> Tel: (302) 566-JUAN
>
> Chime: $JuanPabloChavez
>
> --
>
> Good morning 
>
> I'm going to do my best. On this last day of my first semester at Capella, I would like to say thank you for being my professor. If my advisor has a supervisor or peer that is working today #PleaseForward them this email thread?

:-)
-Juan

BFlat+ Media Publishing
Juan Pablo Chavez
106 ½ Judge John Aiso St. #722
Los Angeles, CA 90012
http://bflatplus.media/publishing
(702) 706-ARTS

℅ Reason, Logic & Law
151 1st Ave, 270,
New York, NY 10003
http://reasonlogiclaw.com
(202) 643-3LAW

PayPal: bit.ly/pay4music

Cashapp: $juanpablochavez $reasonlogiclaw

Coinbase Wallet: @reasonlogiclaw

Venmo/Insta: @rtsmediaink
Twitter: @rtsmediatech @reasonlogiclaw

Web: juanpchavez.com
Mgmt: chiefm@3stro.com
Tel: (302) 566-JUAN

Chime: $JuanPabloChavez

Hide quoted text

On Sun, Jan 2, 2022, 4:58 AM Tanner, Amanda
<Amanda.Tanner@capella.edu> wrote:

> Juan,
> You'll need to get the assessments
> completed today, in time for me to get
> them graded. If you meet the scoring
> requirements, I will approve your
> extension.
>
> The extension does not happen
> automatically. You will need to apply
> for one. I believe you do that with your
> advisor. I saw they sent you the
> information in an earlier email.
> Extensions, other than approval, are
> not my department,
>
> Warmly,
>
> Amanda
>
> _____
>
> **Amanda A. Tanner, MBA** | Business Faculty, School
> of Business, Technology, and Health Care
> Administration | **Capella University** |
> 612.372.9889 | She/Her/Hers

**From:** Juan Chavez
<jchavez@alumni.berklee.edu>
**Sent:** Saturday, January 1, 2022 10:01 PM
**To:** Tanner, Amanda
<Amanda.Tanner@Capella.edu>
**Cc:** Stratman, Kelly
<Kelly.Stratman@Capella.edu>
**Subject:** Re: Ext. of Time to Complete Intro

Thank you. Re: hope; what I mean is. . . If within the
next 26 hours I reach basic competency on three
assignments will you be able to provide the required
documentation timely for an extension in light of the
holiday Monday?

Or have those deadlines past? "Futile"

"and the incomplete needs to be submitted before the
course close date.  Once you have faculty approval, I
will need that documentation along with the other
requirements before I would be able to submit for the
incomplete request."

Gracias.

On Sat, Jan 1, 2022 at 6:53 PM Tanner, Amanda
<Amanda.Tanner@capella.edu> wrote:
> Juan,
> There are four assessments in class.
> For 3 of the 4 assessments, you must
> complete all the criteria at a basic
> level or higher. The basic level on
> each box of the scoring guide is the
> minimum competency requirement.
> You need to meet that requirement on
> 3 of the 4 assessments.
>
> It is not up to me to determine
> whether there is hope. I can only say
> that there are now 26 hours
> remaining to submit your work.
>
> Warmly,
>
> Amanda
>
> ───────────────────
>
> **Amanda A. Tanner, MBA** | Business Faculty,
> School of Business, Technology, and Health Care
> Administration | **Capella University** |
> 612.372.9889 | She/Her/Hers
>
> ───────────────────
>
> **From:** Juan Chavez
> <jchavez@alumni.berklee.edu>
> **Sent:** Saturday, January 1, 2022 9:45 PM
>
> **To:** Tanner, Amanda
> <Amanda.Tanner@Capella.edu>

**Cc:** Stratman, Kelly
<Kelly.Stratman@Capella.edu>
**Subject:** Re: Ext. of Time to Complete Intro

- "Not eligible if all assessments are completed at the minimum competency requirement."

- "the assessment scores need to be above the minimum competency requirement,"

I can't make cents of that language. Could it clearly be saying that if one assignment is less than Proficient than I am not eligible? Or for above minimum competency mean Basic and higher?

I have no clue how you're calculating percent?! 75% mean 3 out of the four assessments and basic or higher?

Thank you again for your help. Sorry for the tight boundary conditions.

If an extension is futile at this point due to tomorrow being Sunday please let me know? If there's hope… I will make submissions tomorrow by 3pm PST

-Juan

On Sat, Jan 1, 2022 at 5:44 PM Tanner, Amanda
<Amanda.Tanner@capella.edu> wrote:
> Hi Juan,
> After grading your four submissions today, you are not yet eligible for an extension. I left **extensive formative feedback** on each of the scoring guides to guide you to the basic level of completion. I hope that you have better luck tomorrow.
>
> Warmly,
>
> Amanda
>
> _____
>
> **Amanda A. Tanner, MBA** | Business Faculty, School of Business, Technology, and Health Care Administration | **Capella University** | 612.372.9889 | She/Her/Hers
>
> _____
>
> **From:** Juan Chavez
> <jchavez@alumni.berklee.edu>

**Sent:** Saturday, January 1, 2022 5:58 PM
**To:** Tanner, Amanda
<Amanda.Tanner@Capella.edu>
**Cc:** Stratman, Kelly
<Kelly.Stratman@Capella.edu>; FAST - CU
<FAST@Capella.edu>; eFaxDocMgmt
<eFaxDocMgmt@capella.edu>; FAST - CU
<FAST@Capella.edu>; BorrowerDe
fense@ed.gov <BorrowerDefense@
ed.gov>
**Subject:** Re: Ext. of Time to Complete Intro

See attachments and advise as to whether 75%
"incomplete" may grant extension?

If After evaluatingThe finalAssessmentWe're not
at75%

Be very clear aboutAbout whatIs neededIn order
toMeet that requirement

#VoICe2TeXtiNdeeD

On Sat, Jan 1, 2022, 6:04 AM Tanner, Amanda
<Amanda.Tanner@capella.edu> wrote:

> Good luck, Juan, and Happy 2022
> to you!
>
> ~Amanda
>
> _____
>
> **Amanda A. Tanner, MBA** | Business Faculty,
> School of Business, Technology, and Health
> Care Administration | **Capella University** |
> 612.372.9889 | She/Her/Hers
>
> _____
>
> **From:** Juan Chavez
> <jchavez@alumni.berklee.edu>
> **Sent:** Saturday, January 1, 2022 8:57 AM
> **To:** Tanner, Amanda
> <Amanda.Tanner@Capella.edu>
> **Subject:** Re: Ext. of Time to Complete
> Intro
>
> Good morning 🌅Amanda,
>
> And, Happy 2022!
>
> I will do my best to submit enough work to
> qualify for the extension. Wish me luck!
>
> --
> BFlat+ Media Publishing
> Juan Pablo Chavez
> 106 ½ Judge John Aiso St. #722
> Los Angeles, CA 90012
> http://bflatplus.media/publishing
> (702) 706-ARTS
>
> % Reason, Logic & Law
> 151 1st Ave, 270,
> New York, NY 10003

http://reasonlogiclaw.com
(202) 643-3LAW

PayPal: bit.ly/pay4music

Cashapp: $juanpablochavez $reasonlogiclaw

Coinbase Wallet: @reasonlogiclaw

Venmo/Insta: @rtsmediaink
Twitter: @rtsmediatech @reasonlogiclaw

Web: juanpchavez.com
Mgmt: chiefm@3stro.com
Tel: (302) 566-JUAN

Chime: $JuanPabloChavez

On Sat, Jan 1, 2022, 5:41 AM Tanner, Amanda
<Amanda.Tanner@capella.edu> wrote:

**Good Morning Juan,**

**Here are the requirements for an extension in First Course:**

First Course in FlexPath

- Must have successfully completed 75% or more of the course assessments.

- Not eligible if all assessments are completed at the minimum competency requirement.

- Must contact a FlexPath Coach via phone or email within 14 calendar days prior to the course end date. It is important to note that at a minimum, ***you must contact your FlexPath Coach at least one business day before the end of your course (during normal business hours).*** Requests submitted after the course end date will result in a course failure.

- Faculty will review and determine request outcome and render a

decision on your request.

I will be grading today, so go ahead and submit your work. I do not grade after 7 p.m. Tomorrow is your last day.

Warmly,

Amanda

---

**Amanda A. Tanner, MBA** | Business Faculty, School of Business, Technology, and Health Care Administration | **Capella University** | 612.372.9889 | She/Her/Hers

---

**From:** Juan Chavez <jchavez@alumni.berklee.edu>
**Sent:** Friday, December 31, 2021 7:31 PM
**To:** Stratman, Kelly <Kelly.Stratman@Capella.edu>
**Cc:** Tanner, Amanda <Amanda.Tanner@Capella.edu>; eFaxDocMgmt <eFaxDocMgmt@capella.edu>; FAST - CU <FAST@Capella.edu>; FAST - CU <FAST@Capella.edu>; BorrowerDefense@ed.gov <BorrowerDefense@ed.gov>
**Subject:** Re: Ext. of Time to Complete Intro

Hello Kelly,

Thank you for the prompt response. Am I understanding clearly that if I finish three of the four assignments with greater than "Basic" competency (which appears to be "Proficient" competency) by this Sunday, January 2, 2022 at 11:59 p. m. Central Standard Time; And, Ms. Tanner approves and provides "Incomplete" documentation to you this holyday weekend. . . You will on Wednesday, January 5, 2022 have the authority to grant some extension?

I spoke with Ms. Tanner regarding course completion earlier this semester (see attached PDF). But, she made no mention of extensions. And, discovering the right on New Year's Eve seems restrictive, and I am feeling discouraged.

Please let me know if there's any hope for an "incomplete" submission in light of the narrow time boundary conditions and lack of ensured understanding?

Good bye 2021! Happy 2022 😄 🎉
Thanks again,
Juan

On Fri, Dec 31, 2021, 3:34 PM Stratman,
Kelly <Kelly.Stratman@capella.edu> wrote:

Juan,


Thanks so much for reaching out.  For an
incomplete to be approved, you need
faculty approval, you need to have
successfully completed 75% or more of
the course assessments, the assessment
scores need to be above the minimum
competency requirement, and the
incomplete needs to be submitted before
the course close date.  Once you have
faculty approval, I will need that
documentation along with the other
requirements before I would be able to
submit for the incomplete request.
Capella is closed on Monday, and I am out
of the office on Tuesday.  You can
connect with one of my colleagues if you
need further assistance.


Kelly


Have a question about your
course room, engagement,
feedback, policies, or
other? Check out the
new FlexPath Page on the
Campus. It could save you a
lot of time!


**Kelly Stratman** | Academic
Coach | She/Her | Phone:
888.421.0824
225 South 6th Street,
Minneapolis, MN 55402 Opt
In to Text | Refer a Friend |
Click here to schedule an
appointment with me.
Please allow up to 48
business hours for email
replies* If immediate
assistance is needed you
can connect with another
team member by calling
1.888.227.3552 Option 2

**From:** Juan Chavez
<jchavez@alumni.berklee.edu>
**Sent:** Friday, December 31, 2021 4:24 PM
**To:** Stratman, Kelly
<Kelly.Stratman@Capella.edu>; Tanner,
Amanda
<Amanda.Tanner@Capella.edu>; B
orrowerDefense@ed.gov
**Cc:** eFaxDocMgmt
<eFaxDocMgmt@Capella.edu>; FAST - CU
<FAST@Capella.edu>; FAST - CU
<FAST@Capella.edu>
**Subject:** Ext. of Time to Complete Intro

Hello and Happy New Year,

I need an extension of time to
complete BUS-FPX3007 and may qualify
due to hospitalization, involuntary
servitude, want of privacy, global
pandemic, technological hurdles, and
imposed total and permanent disability.

Please grant maximum extension of time
to complete course and advise regarding
the procedure for any additional extension
that may be available?

Thank you and Happy 2022! 🥳

-Juan


--

BFlat+ Media Publishing
Juan Pablo Chavez
106 ½ Judge John Aiso St. #722
Los Angeles, CA 90012
http://bflatplus.media/publishing
(702) 706-ARTS

% Reason, Logic & Law
151 1st Ave, 270,
New York, NY 10003
http://reasonlogiclaw.com
(202) 643-3LAW

PayPal: bit.ly/pay4music

Cashapp: $juanpablochavez
$reasonlogiclaw

Coinbase Wallet: @reasonlogiclaw

Venmo/Insta: @rtsmediaink
Twitter: @rtsmediatech @reasonlogiclaw

Web: juanpchavez.com
Mgmt: chiefm@3stro.com
Tel: (302) 566-JUAN

Chime: $JuanPabloChavez

BFlat+ Media Publishing
Juan Pablo Chavez
106 ½ Judge John Aiso St. #722
Los Angeles, CA 90012
http://bflatplus.media/publishing
(702) 706-ARTS

℅ Reason, Logic & Law
151 1st Ave, 270,
New York, NY 10003
http://reasonlogiclaw.com
(202) 643-3LAW

PayPal: bit.ly/pay4music

Cashapp: $juanpablochavez
$reasonlogiclaw

Coinbase Wallet: @reasonlogiclaw

Venmo/Insta: @rtsmediaink
Twitter: @rtsmediatech @reasonlogiclaw

Web: juanpchavez.com
Mgmt: chiefm@3stro.com
Tel: (302) 566-JUAN

Chime: $JuanPabloChavez

--
--
bit.ly/pay4music

Cashapp/Chime: $juanpablochavez

Venmo/Insta: @rtsmediaink

http://juanpchavez.com

mgmt: chiefm@3stro.com

(302) 566-JUAN
--
--
bit.ly/pay4music

Cashapp/Chime: $juanpablochavez

Venmo/Insta: @rtsmediaink

http://juanpchavez.com

mgmt: chiefm@3stro.com

(302) 566-JUAN


---------- Forwarded message ---------
From: **Juan Chavez** <jchavez@alumni.berklee.edu>
Date: Wed, Jan 29, 2020, 3:42 PM
Subject: Fwd: [D]eliverable: Re: Online check-in, financial aid, login...
To: Adderley, Michelle <Michelle.Adderley@capella.edu>
Cc: <FAFlexPath@capella.edu>

From: "Juan Chavez" <Juan.Chavez@alumni.berklee.edu>
To: "Adderley, Michelle" <Michelle.Adderley@strategiced.com>

Date: Wed, 29 Jan 2020 18:16:21 -0500
Subject: Re: Online check-in, financial aid, login...

Ms. Adderley,

No! I am in no way involved with Berklee Online at this time and I apologize that you got that impression from my email sent a few hours ago.

Before you close anything... Would you please **_forward my last email to your supervisor and CC me_**?

We need to address a few technology issues and review our correspondence dating back to 4/8/19.

Also, I took *Developing Effective Teams* from Sophia, as you suggested, and was unable to take the final, in spite of completing the course. :-(

Thank you for all your help.

-Juan


--------- Forwarded message ---------
From: <postmaster@capella.edu>
Date: Wed, Jan 29, 2020, 6:34 PM
Subject: Undeliverable: Re: Online check-in, financial aid, login...
To: <jchavez@alumni.berklee.edu>


## Delivery has failed to these recipients or groups:

Adderley, Michelle (Michelle.Adderley@strategiced.com)

A problem occurred during the delivery of this message. Please try to resend the message later. If the problem continues, contact your email admin.

The following organization rejected your message: EX13-PRD-MB03.strayer.edu.


**Diagnostic information for administrators:**

Generating server: pwexchmb02.int.capella.lan

Michelle.Adderley@strategiced.com
EX13-PRD-MB03.strayer.edu
Remote Server returned '554 5.4.6 Hop count exceeded - possible mail loop'

Original message headers:

```
Received: from pwexchmb04.int.capella.lan (10.35.116.123) by
 pwexchmb02.int.capella.lan (10.71.157.186) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
 15.1.1713.5; Wed, 29 Jan 2020 17:34:46 -0600
Received: from pwexchmb03.int.capella.lan (10.35.117.117) by
 pwexchmb04.int.capella.lan (10.35.117.161) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
 15.1.1713.5; Wed, 29 Jan 2020 17:34:15 -0600
Received: from EX13-PRD-MB02.strayer.edu (10.225.0.112) by
 pwexchmb03.int.capella.lan (10.35.117.160) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
 15.1.1713.5 via Frontend Transport; Wed, 29 Jan 2020 17:34:15 -0600
X-CrossPremisesHeadersFilteredBySendConnector: EX13-PRD-MB02.strayer.edu
Received: from EX13-PRD-MB03.strayer.edu (10.225.0.113) by
 EX13-PRD-MB02.strayer.edu (10.225.0.112) with Microsoft SMTP Server (TLS) id
 15.0.1473.3; Wed, 29 Jan 2020 18:19:13 -0500
Received: from pwexchmb02.int.capella.lan (10.71.156.171) by
```

```
EX13-PRD-MB02.strayer.edu (10.0.1.0) with Microsoft SMTP Server (TLS) id
15.0.1473.3 via Frontend Transport; Wed, 29 Jan 2020 18:19:13 -0500
Received: from pwexchmb05.int.capella.lan (10.71.157.63) by
pwexchmb02.int.capella.lan (10.71.157.186) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5; Wed, 29 Jan 2020 17:19:07 -0600
Received: from EX13-PRD-MB02.strayer.edu (10.225.0.112) by
pwexchmb05.int.capella.lan (10.71.157.187) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5 via Frontend Transport; Wed, 29 Jan 2020 17:19:07 -0600
X-CrossPremisesHeadersFilteredBySendConnector: EX13-PRD-MB02.strayer.edu
Received: from EX13-PRD-MB02.strayer.edu (10.225.0.112) by
EX13-PRD-MB02.strayer.edu (10.225.0.112) with Microsoft SMTP Server (TLS) id
15.0.1473.3; Wed, 29 Jan 2020 18:18:35 -0500
Received: from pwexchmb02.int.capella.lan (10.71.156.171) by
EX13-PRD-MB02.strayer.edu (10.225.0.112) with Microsoft SMTP Server (TLS) id
15.0.1473.3 via Frontend Transport; Wed, 29 Jan 2020 18:18:35 -0500
Received: from pwexchmb02.int.capella.lan (10.71.156.171) by
pwexchmb02.int.capella.lan (10.71.156.171) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5; Wed, 29 Jan 2020 17:18:34 -0600
Received: from pwexchmb04.int.capella.lan (10.35.116.123) by
pwexchmb03.int.capella.lan (10.35.117.117) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5; Wed, 29 Jan 2020 17:18:34 -0600
Received: from EX13-PRD-MB02.strayer.edu (10.225.0.112) by
pwexchmb04.int.capella.lan (10.35.117.161) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5 via Frontend Transport; Wed, 29 Jan 2020 17:18:34 -0600
X-CrossPremisesHeadersFilteredBySendConnector: EX13-PRD-MB02.strayer.edu
Received: from EX13-PRD-MB03.strayer.edu (10.225.0.113) by
EX13-PRD-MB02.strayer.edu (10.225.0.112) with Microsoft SMTP Server (TLS) id
15.0.1473.3; Wed, 29 Jan 2020 18:18:33 -0500
Received: from pwexchmb05.int.capella.lan (10.71.157.63) by
EX13-PRD-MB03.strayer.edu (10.225.0.113) with Microsoft SMTP Server (TLS) id
15.0.1473.3 via Frontend Transport; Wed, 29 Jan 2020 18:18:33 -0500
Received: from pwexchmb03.int.capella.lan (10.35.117.117) by
pwexchmb05.int.capella.lan (10.71.157.63) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5; Wed, 29 Jan 2020 17:18:32 -0600
Received: from pwexchmb04.int.capella.lan (10.35.116.123) by
pwexchmb03.int.capella.lan (10.35.117.117) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5; Wed, 29 Jan 2020 17:18:32 -0600
Received: from EX13-PRD-MB02.strayer.edu (10.225.0.112) by
pwexchmb04.int.capella.lan (10.35.116.123) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5 via Frontend Transport; Wed, 29 Jan 2020 17:18:32 -0600
X-CrossPremisesHeadersFilteredBySendConnector: EX13-PRD-MB02.strayer.edu
Received: from EX13-PRD-MB03.strayer.edu (10.225.0.113) by
EX13-PRD-MB02.strayer.edu (10.225.0.112) with Microsoft SMTP Server (TLS) id
15.0.1473.3; Wed, 29 Jan 2020 18:18:31 -0500
Received: from pwexchmb05.int.capella.lan (10.71.157.63) by
EX13-PRD-MB03.strayer.edu (10.225.0.113) with Microsoft SMTP Server (TLS) id
15.0.1473.3 via Frontend Transport; Wed, 29 Jan 2020 18:18:31 -0500
Received: from pwexchmb04.int.capella.lan (10.35.116.123) by
pwexchmb05.int.capella.lan (10.71.157.63) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5; Wed, 29 Jan 2020 17:18:30 -0600
Received: from pwexchmb03.int.capella.lan (10.35.117.117) by
pwexchmb04.int.capella.lan (10.35.117.161) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5; Wed, 29 Jan 2020 17:18:30 -0600
Received: from EX13-PRD-MB02.strayer.edu (10.225.0.112) by
pwexchmb03.int.capella.lan (10.35.117.160) with Microsoft SMTP Server
(version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_CBC_SHA256_P256) id
15.1.1713.5 via Frontend Transport; Wed, 29 Jan 2020 17:18:30 -0600
X-CrossPremisesHeadersFilteredBySendConnector: EX13-PRD-MB02.strayer.edu
Received: from EX13-PRD-MB03.strayer.edu (10.225.0.113) by
EX13-PRD-MB02.strayer.edu (10.225.0.112) with Microsoft SMTP Server (TLS) id
15.0.1473.3; Wed, 29 Jan 2020 18:18:29 -0500
Received: from ashburngw2.strayer.edu (172.18.2.12) by
EX13-PRD-MB03.strayer.edu (10.225.0.113) with Microsoft SMTP Server (TLS) id
15.0.1473.3 via Frontend Transport; Wed, 29 Jan 2020 18:18:29 -0500
Received: from pps.filterd (PPT-PRD-MX02.strayer.edu [127.0.0.1])
        by PPT-PRD-MX02.strayer.edu (8.16.0.27/8.16.0.27) with SMTP id 00TN52cU031519
        for <Michelle.Adderley@strategiced.com>; Wed, 29 Jan 2020 18:16:29 -0500
Authentication-Results: StrategicED;
```

```
                    dmarc=none header.from=alumni.berklee.edu
            dkim=pass header.d=berklee.edu header.s=primary;
            dmarc=none header.from=alumni.berklee.edu
Received: from mail-io1-f68.google.com (mail-io1-f68.google.com [209.85.166.68])
        by PPT-PRD-MX02.strayer.edu with ESMTP id 2xs3c9qhmy-1
        (version=TLSv1.2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128 verify=NOT)
        for <Michelle.Adderley@strategiced.com>; Wed, 29 Jan 2020 18:16:29 -0500
Received: by mail-io1-f68.google.com with SMTP id n21so1761309ioo.10
        for <Michelle.Adderley@strategiced.com>; Wed, 29 Jan 2020 15:16:28 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=berklee.edu; s=primary;
        h=mime-version:references:in-reply-to:from:date:message-id:subject:to;
        bh=3vdYdlgL/2M6XLDG0xA4A0/oM2o6azZs3NogoiEtEpE=;
        b=Dsdxq1G92RzaDoev5sCsk6JSeRx2aphuVRjQC0RqhPIzQNZdF5FKUit9Lqy/9pJMUz
         pIm4HAY151xjcGy53Pt8Khj+3PXCE8So42oRKfG1Jf2Ye0V+VjiNQ+0feYKhtmTU8DC7
         gqi+iROzv7lVDYGK3soC41VbEB7ur7Tjy2ees=
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20161025;
        h=x-gm-message-state:mime-version:references:in-reply-to:from:date
         :message-id:subject:to;
        bh=3vdYdlgL/2M6XLDG0xA4A0/oM2o6azZs3NogoiEtEpE=;
        b=B4kyIeLHVwTS1LsOhvCyc/eBDNR7oh1uKxlvsdrHiGMN/b5DrjZABAXXAaPSzIcyEr
         BB4+nGZF5hcD6Y5uMHAO85mC0b4Mi1PBBdulGxnPwEbw/c44117Htw7GpYZzB0OgIzjU
         lOVOlRo+IGr3SNe2oKf6kVmhEjx5/YpXE9dAz/9sM6XkTK2ONw5e+edmV11XFVyK1ITq
         UfmzCM68YuktfNYVcEOrLtZBRcWfqAbFa34syip2FCoTX9GKhY+6TYwMUyVP0jIdPzIn
         CMpEW5HHGV/YxufhXw/G9aU162+HlYn1JtRKlH/A/oaVacaGgb4dKITfmJXWTlQosC3J
         HgvA==
X-Gm-Message-State: APjAAAVa6wUdKH2pbO8XUXpMf22GE9UFJgapV80xoLXOtoefmwF8FPwq
        V3MyX6Q/PX3/mAQZib6A3GCYqo/n4UNWWpn6/Xor/WODpPE=
X-Google-Smtp-Source: APXvYqwDOkxD/m8ofIXaaJ3YQ7Bz7DssC335x3TYR+VFLnN9J95DKIsCcRtYkDB2ZZW2VXB+
        TBdY9uRqbj4ATodgZWI=
X-Received: by 2002:a6b:398b:: with SMTP id g133mr1625543ioa.7.1580339788004;
 Wed, 29 Jan 2020 15:16:28 -0800 (PST)
References: <CAN7sLwWWc2O_uqtWzt_XeSCj2pfGmNgHZeqWs1u5JmQtcgyoYw@mail.gmail.com>
 <CAA_eB+63UYQV_fz5vnQLcAKHG6P8UBdbqyA3767SAnt3rRdOLA@mail.gmail.com>
 <CAN7sLwV+MOEM6nmMtf6_sxL3xP6xFN3bJYUF+zgAPCypetkTrQ@mail.gmail.com>
 <CAOhOx2q6LOMq_b9Vi=AeuL7OvndJ9M1RKqgo0e8e2XPtm4yNJw@mail.gmail.com>
 <CAN7sLwVCWeXHnS=K=PPCO+et9pOe+JZWg9COfmyo8HkHX74rkA@mail.gmail.com>
 <DM5PR22MB16597AD9B8FF4F94FC62A78EFBO50@DM5PR22MB1659.namprd22.prod.outlook.com>
In-Reply-To: <DM5PR22MB16597AD9B8FF4F94FC62A78EFBO50@DM5PR22MB1659.namprd22.prod.outlook.com>
From: Juan Chavez <jchavez@alumni.berklee.edu>
Date: Wed, 29 Jan 2020 18:16:21 -0500
Message-ID: <CAN7sLwUyMZCO0EteqW+Ys-jO8zVroc_EFqQ0=MjM8Egv8kOMxGg@mail.gmail.com>
Subject: Re: Online check-in, financial aid, login...
To: "Adderley, Michelle" <Michelle.Adderley@strategiced.com>
Content-Type: multipart/alternative; boundary="000000000000b068a1059d4f87e3"
MIME-Version: 1.0
X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10434:,, definitions=2020-01-29_07:,,
 signatures=0
X-Proofpoint-Spam-Details: rule=inbound_notspam policy=inbound score=0 suspectscore=2 malwarescore=0
 phishscore=0 bulkscore=0 spamscore=0 mlxscore=0 mlxlogscore=657
 adultscore=0 classifier=spam adjust=0 reason=mlx scancount=1
 engine=8.0.1-1911140001 definitions=main-2001290179
Return-Path: jchavez@alumni.berklee.edu
X-OrganizationHeadersPreserved: EX13-PRD-MB02.strayer.edu
X-CrossPremisesHeadersFilteredBySendConnector: pwexchmb05.int.capella.lan
X-OrganizationHeadersPreserved: pwexchmb05.int.capella.lan
X-OrganizationHeadersPreserved: EX13-PRD-MB02.strayer.edu
X-CrossPremisesHeadersFilteredBySendConnector: pwexchmb05.int.capella.lan
X-OrganizationHeadersPreserved: pwexchmb05.int.capella.lan
X-OrganizationHeadersPreserved: EX13-PRD-MB02.strayer.edu
X-CrossPremisesHeadersFilteredBySendConnector: pwexchmb02.int.capella.lan
X-OrganizationHeadersPreserved: pwexchmb02.int.capella.lan
X-OrganizationHeadersPreserved: EX13-PRD-MB02.strayer.edu
X-CrossPremisesHeadersFilteredBySendConnector: pwexchmb02.int.capella.lan
X-OrganizationHeadersPreserved: pwexchmb02.int.capella.lan
X-OrganizationHeadersPreserved: EX13-PRD-MB02.strayer.edu
X-CrossPremisesHeadersFilteredByDsnGenerator: pwexchmb02.int.capella.lan
```

---

---------- Forwarded message ----------
From: Juan Chavez <jchavez@alumni.berklee.edu>
To: "Adderley, Michelle" <Michelle.Adderley@strategiced.com>
Cc:
Bcc:

Date: Wed, 29 Jan 2020 19:09:07-0600

Subject: Re: Online check-in, financial aid, login...

Ms. Adderley,

No! I am in no way involved with Berklee Online at this time and I apologize that you got that impression from my email sent a few hours ago.

Before you close anything... Would you please **_forward my last email to your supervisor and CC me_**?

We need to address a few technology issues and review our correspondence dating back to 4/8/19.

Also, I took *Developing Effective Teams* from Sophia, as you suggested, and was unable to take the final, in spite of completing the course. :-(

Thank you for all your help.

-Juan

On Wed, Jan 29, 2020, 3:19 PM Adderley, Michelle <Michelle.Adderley@strategiced.com> wrote:

> Hi Juan,
>
> Thank you for reaching out! In reading this, it looks as though you are deciding to go with Berklee online for now. I will close out the application that we currently have open for you. ~~*If things do not work out with Berklee*~~, and you decide that you want to attend Capella, please contact us directly and specify which program, and month that you wish to start, and we can definitely assist you at that point.
>
> Have a good day!
>
> **Michelle Adderley** | Enrollment Counselor | Capella.edu | | Refer a Friend | Opt in to Text
>
> Phone: 888.849.4095 | Fax: 888.227.8492 | 225 South 6[th] Street, Minneapolis, MN 55402
>
>
>
> **From:** Juan Chavez <jchavez@alumni.berklee.edu>
> **Sent:** Monday, January 27, 2020 4:54 PM
> **To:** mhorton@berklee.edu; Amanda Lozada <alozada@berklee.edu>
> **Cc:** financialaid@berklee.edu; Technology Support <2238@berklee.edu>; registrar@berklee.edu
> **Subject:** Re: Online check-in, financial aid, login...
>
> Again, my goal is to be able to meet pre-med requirements for SABA University in the Dutch Caribbean utilizing a private Consortium agreement through *Berklee Online* with *University of New England Online* and *Harvard Extension School Online.* Ultimately finishing my degree with a Bachelors of Science from capella.edu, if a Berklee degree is incapable of helping me reach my goals of becoming a medical doctor and obtaining a juris doctorate. Being mentally and physically, permanently disabled... Taking courses from a *smart phone* accommodates me tremendously and provides great accessibility and latitude.
>
> Please help anyway you can? I'm so thankful for everything you've already done and I look forward to continuing my studies with you.
>
> -Juan

---------- Forwarded message ---------
From: **Adams, Aurora** <Aurora.Adams@capella.edu>
Date: Tue, Apr 9, 2019, 9:00 AM
Subject: Capella University l BS in Business Administration
To: jchavez@alumni.berklee.edu <jchavez@alumni.berklee.edu>

Hi Juan,

Thank you for taking the time to speak with me today! I have included links below to help you continue your research. Please let me know if I can help with any additional questions, all of my contact information is listed below.

http://capellalive.com/view/HotFile-GbhMMHEbrVamRpsrvn3 – Click this link for visuals!

Here is more information on our **BS in Business with a specialization in Business Administration** degree. You can also review its required classes by clicking here.


Thanks again for your time today; I look forward to our next conversation.

Sincerely,




**Aurora Adams** | Senior Enrollment Counselor  |  Capella.edu  |  Facebook page  |  Refer a Friend

Phone: 888.249.6825  |  Fax: 888.227-8492  |  225 South 6th Street, Minneapolis, MN  55402Ok



# Keith Seidl

& Sophia

https://drive.google.com/drive/folders/1-BO-LVOpGw2AbKRr2bCrQccP7STS7ew9



## 21-cv-8526 (VEC) 1ST AMEND. COMPLAINT & 21-3067 2d. Cir. Appeal Package
1 message

**Judith Lanham** <Judith_Lanham@vaed.uscourts.gov>                    Thu, Dec 30, 2021 at 7:18 PM
To: Juan Chavez <jchavez@alumni.berklee.edu>, CA02db ProSeCases <prosecases@ca2.uscourts.gov>, Temporary Pro Se
Filing NYSD <temporary_pro_se_filing@nysd.uscourts.gov>, NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>,
Caproni Clerkship NYSD <CaproniClerkship@nysd.uscourts.gov>, efilingsupport@supremecourt.gov, question@nycourts.gov,
Postmaster Redirect <Postmaster@uscourts.gov>
Cc: Toliver Totenberg <contracts@reasonlogiclaw.com>, Pedro Grant <chiefm@3stro.com>,
artsmedia.technology@gmail.com, victimassistance.fraud@usdoj.gov, protective_int@usdoj.gov

I can't accept pleadings via email you Need to mail in originals.

Get Outlook for iOS

---

**From:** Juan Chavez <jchavez@alumni.berklee.edu>
**Sent:** Thursday, December 30, 2021 6:33:32 PM
**To:** CA02db ProSeCases <prosecases@ca2.uscourts.gov>; Temporary Pro Se Filing NYSD
<temporary_pro_se_filing@nysd.uscourts.gov>; NYSD Swain Corresp
<SwainNYSDcorresp@nysd.uscourts.gov>; Caproni Clerkship NYSD
<CaproniClerkship@nysd.uscourts.gov>; efilingsupport@supremecourt.gov
<efilingsupport@supremecourt.gov>; question@nycourts.gov <question@nycourts.gov>; Postmaster
Redirect <Postmaster@uscourts.gov>
**Cc:** Toliver Totenberg <contracts@reasonlogiclaw.com>; Pedro Grant <chiefm@3stro.com>;
artsmedia.technology@gmail.com <artsmedia.technology@gmail.com>; victimassistance.fraud@usdoj.gov
<victimassistance.fraud@usdoj.gov>; protective_int@usdoj.gov <protective_int@usdoj.gov>
**Subject:** 21-cv-8526 (VEC) 1ST AMEND. COMPLAINT & 21-3067 2d. Cir. Appeal Package

**CAUTION - EXTERNAL:**

21-cv-8526 (VEC) 1ST AMEND. COMPLAINT & 21-3067 2d. Cir. Appeal Package 📦📦📦

BFlat+ Media Publishing
Juan Pablo Chavez
106 ½ Judge John Aiso St. #722
Los Angeles, CA 90012
http://bflatplus.media/publishing
(702) 706-ARTS

% Reason, Logic & Law
151 1st Ave, 270,
New York, NY 10003
http://reasonlogiclaw.com
(202) 643-3LAW

PayPal: bit.ly/pay4music

Cashapp: $juanpablochavez $reasonlogiclaw

Coinbase Wallet: @reasonlogiclaw

Venmo/Insta: @rtsmediaink
Twitter: @rtsmediatech @reasonlogiclaw

Web: juanpchavez.com
Mgmt: chiefm@3stro.com

Chime: $JuanPabloChavez

--------- Forwarded message ---------
From: **Laura Roberts** <lroberts@voala.org>
Date: Thu, Dec 30, 2021, 2:14 PM
Subject: FW: Scanned image from MX-M3571
To: Juan Chavez <jchavez@alumni.berklee.edu>

--
Laura Roberts
Case Manager Specialist Crisis/Bridge
Transition House
Phone 213-232 0889 Ext.8120

www.voala.org
"Helping our most vulnerable change their life stories"


CONFIDENTIALITY/PRIVACY NOTICE: The contents of this email message and any
attachments are intended solely for the addressee(s)/recipient(s) and may
contain confidential and/or private information that may be legally
protected from disclosure. If you are not the intended recipient(s) of this
message or if this message has been addressed to you in error, please
immediately alert the sender by reply email and immediately delete the
message and any attachments. If you are not the intended recipient(s), do
not examine, use, circulate, publicize, duplicate in any form, or store this
message or any of its attachments as doing so is strictly prohibited by law
and may subject you to potential civil fines and/or liability.


-----Original Message-----
From: crisishousing@voala.org [mailto:crisishousing@voala.org]
Sent: Thursday, December 30, 2021 2:13 PM
To: lroberts@voala.org
Subject: Scanned image from MX-M3571

Reply to: Crisis Housing <crisishousing@voala.org > Device Name: Not Set
Device Model: MX-M3571
Location: Not Set

File Format: PDF MMR(G4)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated
to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are
registered trademarks or trademarks of Adobe Systems Incorporated in the
United States and other countries.

http://www.adobe.com/

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments
or clicking on links.**

*THERE is ERROR in the trial courts cert. ...
As such, we shall ORDER BRIEFING ON THE MERITS.*

# UNITED STATES DISTRICT COURT

for the

S. E. _____ DISTRICT OF _____ N. Y.

bitly / the _ keeping
_____

Plaintiff

)
)
)
)
)
)
)
)
)
)
)
)

v.

MARIE, et yall.
_____

Defendant

Case No. 21-3067
(pooler) (chin) (Livingston)

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Current income: $936.19/m        Expenses: > $4K/m

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: Thurs. 30 DEC, 21 |

My issues on appeal are: _____ Dist. /state courts refusing leave
to initiate an action ... ifp. Review De novo the cert.
showing error: we shall order briefing on the merits w/ assist.
of counsel / transcript showing err.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

THE KEEP NY

JUAN CARLOS CHAVEZ

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 CV 8526 (LTS )(VEC)

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

CAUSE

YALL TOOK MY PHONE[S]

(List the full name(s) of the defendant(s)/respondent(s).)

OR

NOTICE OF APPEAL

bit.ly/thekeepny

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time

to file a notice of appeal in this action. I would like to appeal the judgment

entered in this action on ___11 | 16 | 21___ but did not file a notice of appeal within the required
date

time period because: PRASS of CAMBA "TOOK MY BED", FORCED 2-week
INVOLUNTARY civil commitment @ BROOKDALE ; conducted
a filthy act w/ the 73rd precinct that destroyed
the white work horse violin and involuntary servitude @ VOA
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)    Los Angeles.

Dated: ___12 | 16 | 21___

Signature _____

Name (Last, First, MI): Chavez, Juan

Address: c/o Reason, Logic & Law    City: 151 1st Ave, NY    State: NY    Zip/Code: 10003

Telephone Number: (202) 643-3LAW    E-mail Address (if available): reasonlogiclaw@gmail.com

Rev. 3/27/15

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
FOR PRO SE APPELLANTS**

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE<br><br>CHAVEN<br>v.<br>YALL | DISTRICT S. E. of NY | DOCKET NUMBER<br>21-3067   21-cv-8526 |
| | JUDGE<br>HON. CHIEF SWAIN | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT<br>JUAN [-] CARLOS |

| | |
|---|---|
| Check the applicable provision:<br><br>☐ I am ordering a transcript.<br><br>☑ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br><br>☐ Copy is already available<br><br>☐ No transcribed proceedings<br><br>☑ Other (Specify in the space below):<br>Deprived meaningful access | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.) |
| | METHOD OF PAYMENT   ☐ Funds   ☐ CJA Voucher (CJA 21) |
| INSTRUCTIONS TO COURT REPORTER:<br><br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br><br>☐ PREPARE TRANSCRIPT OF TRIAL<br><br>☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br><br>☑ OTHER (Specify in the space below):<br>Prepare equal footing | DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE) |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE<br>4:44 A.M PST  THURS, DEC 30, 2021 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

Revised June, 2017

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: _CHAVEN v. Yall_                     Docket No.: _21-8067_

Lead Counsel of Record (name/firm) or Pro se Party (name): _c/o Reason, Logic & Law_
_151 1st Ave, 270, New York, NY 10003_
Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
☐ Correct
☑ Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
☐ Correct
☑ Incorrect.   The following parties do not wish to participate in this appeal:
Parties: _J. P. ; Yall_
☐ Incorrect.   Please change the following parties' designations:
Party                                   Correct Designation

**Contact Information** for Lead Counsel/Pro se Party is:
☐ Correct
☑ Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _JUAN – CARLOS CHAVEN_
Firm: _c/o Reason, Logic & Law_
Address: _151 1st Ave, 270, NY, NY 10003_
Telephone: _(202) 643-3LAW_          Fax: _1813762 6514_
Email: _reason logic law@gmail.com   BLOCKED   BY   C. RUDDEN & CONSORTS_

## RELATED CASES

☑ This case has not been before this Court previously.
☐ This case has been before this Court previously.   The short title, docket number, and citation are: _____
☐ Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ☐ I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ☐ I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _____
Type or Print Name: _____
                OR
Signature of pro se litigant: _____
Type or Print Name: _____
☐ I am a pro se litigant who is not an attorney.
☑ I am an incarcerated pro se litigant.

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

_bit.ly/thekeephy_

                               **CERTIFICATE OF SERVICE***

                               Docket Number: _21-3067_

             v.

_MARIE; et yall._

I, _JUAN-CARLOS CHAVEN_, hereby certify under penalty of perjury that
           (print name)
on _12/30/21_, I served a copy of _pro se itp 14 day_
   (date)          _Appeal package_
               (list all documents)

by (select all applicable)**

\_\_\_ Personal Delivery      \_\_\_ United States Mail      \_\_\_ Federal Express or other
                                             Overnight Courier

\_\_\_ Commercial Carrier    ✓ E-Mail (on consent)

on the following parties:

| | | | | |
|---|---|---|---|---|
| _pro se cases @ Ca2. uscourts.gov_ | | | | |
| Name | Address | City | State | Zip Code |
| _Temporary-Pro-se-filing @ nysd.uscourts.gov_ | | | | |
| Name | Address | City | State | Zip Code |
| _Swain NYSDCorresp@ nysd.uscourts.gov_ | | | | |
| Name | Address | City | State | Zip Code |
| _Caproni Clerkship @ nysd.uscourts.gov_ | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or
proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously
filed.

**If different methods of service have been used on different parties, please complete a separate
certificate of service for each party.

_12/30/21_
Today's Date                                   Signature

Certificate of Service Form (Last Revised 12/2015)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*handwritten:*
1: 2020 cv 08630
Filing 1  10/16/2020
pg 3 of 6
line 12.5

JUAN CARLOS CHAVEZ,

[—]                    Plaintiff,

              -against-      (s)

CAUSE YALL TOOK MY PHONE I DON'T
KNOW THEIR NAMES,

                    Defendants.

21-CV-8526 (LTS)

ORDER OF DISMISSAL

*handwritten:*
plain err depriving mean. access
& equal footing w/
Paying litigants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this complaint *pro se*. By order dated October 20, 2021, the Court granted

Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP). The

Court dismisses the complaint for the reasons set forth below.

**STANDARD OF REVIEW**

The Court must dismiss a complaint, or portion thereof, that is frivolous or malicious,

fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant

who is immune from such relief. 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b); *see Abbas v. Dixon*, 480

F.3d 636, 639 (2d Cir. 2007). While the law mandates dismissal on any of these grounds, the

Court is obliged to construe pro se pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir.

2009), and interpret them to raise the "strongest [claims] that they suggest," *Triestman v. Fed.

Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks and citations

omitted) (emphasis in original).

A claim is frivolous when it "lacks an arguable basis either in law or in fact." *Neitzke v.

Williams*, 490 U.S. 319, 324-25 (1989), *abrogated on other grounds by Bell Atl. Corp. v.

Twombly*, 550 U.S. 544 (2007); *see also Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992)

(holding that "finding of factual frivolousness is appropriate when the facts alleged rise to the

level of the irrational or the wholly incredible"); *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) ("[A]n action is 'frivolous' when either: (1) the factual contentions are clearly baseless . . . ; or (2) the claim is based on an indisputably meritless legal theory.") (internal quotation marks and citation omitted).

## BACKGROUND

Page one of Plaintiff's complaint contains the following text: "bit.ly/the keeping." (ECF 1 at 1.) Pages two and four consist of a drawing of what appears to be a guitar or violin. (*Id.* at 2 and 2-2.) Page three states, "It's me, Juan here, w/ Ancona and his other one. I am sorry for the new complaint." (*Id.* at 3.) The named defendants are "cause yall took my phone I don't know their names." (*Id.*)

## DISCUSSION

Even when read with the "special solicitude" due *pro se* pleadings, *Triestman*, 470 F.3d at 474-75, Plaintiff's claims rise to the level of the irrational, and there is no legal theory on which he can rely. *See Denton*, 504 U.S. at 33; *Livingston*, 141 F.3d at 437. The complaint does not contain a single fact suggesting that Plaintiff can state a viable claim that falls within the Court's jurisdiction. (*Id.*)

District courts generally grant a *pro se* plaintiff an opportunity to amend a complaint to cure its defects, but leave to amend is not required where it would be futile. *See Hill v. Curcione*, 657 F.3d 116, 123-24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988). Because the defects in Plaintiff's complaint cannot be cured with an amendment, the Court declines to grant Plaintiff leave to amend.

## LITIGATION HISTORY AND WARNING

Plaintiff has filed scores of cases in this and other Districts, both under his own name and under fictitious names, which have been dismissed for lack of merit or for failure to comply with

court orders. *See, e.g., Natural-Unido v. Broad Corp. Does*, ECF 1:21-CV-5586, 7 (S.D.N.Y. Nov. 3, 2021) (listing twenty cases).

In light of Plaintiff's litigation history, this Court finds that Plaintiff was or should have been aware when he filed this complaint that it lacked merit. *See Sledge v. Kooi*, 564 F.3d 105, 109-110 (2d Cir. 2009) (discussing circumstances where frequent *pro se* litigant may be charged with knowledge of particular legal requirements)." Plaintiff is warned that further duplicative or frivolous litigation in this Court will result in an order barring Plaintiff from filing new actions IFP without prior permission. *See* 28 U.S.C. § 1651.

## CONCLUSION

Plaintiff's complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 16, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

neopost
11/18/2021
US POSTAGE

FIRST-CLASS MAIL

$01.56

ZIP 10007
041L11231712

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PATRICK MOYNIHAN UNITED STATES COURTHOUSE
PEARL STREET, NEW YORK, NY 10007-1312

OFFICIAL BUSINESS

Juan ⬛ Chavez
c/o Reason, Logic & Law
151 1st Ave.
#270
New York, NY 10003

1

2

**United States District Court**
**for the Southern District of New York**

3

4    Juan-Carlos Chavez,
     % Reason, Logic & Law

5    151 1st Ave., 270                           21-3067 (Pool)(Chin)(Living)
     New York, NY 10003                          21-cv-8526 (LTS)

6                                                Discrimination/Segregation, Conspiracy &
                          Plaintiff *Sui Juris IFP,*    Libel Suit and other pro se *ifp* suggested

7    v.                                          claims

8

9    Tatiana Eva-Marie; Adrien Chevalier;
     thekeepny.com; & three John Doe servants

10   of The Keep,
                                    Defendants.

11

12   **Statement of Claim**

13

14   Federal Rule of Civil Procedure 8(a)(2) requires only "a short and plain statement of the claim
     showing that the pleader is entitled to relief," in order to "give the defendant fair notice of what

15   the . . . claim is and the grounds upon which it rests," Conley v. Gibson, 355 U.S. 41, 47, 78 S.
     Ct. 99.

16
     Defendants "intentionally violated" [Plaintiff's] "IP rights" and "has not paid" him for "artist
17   work." <u>Chavez v. Fancy; Corpo. *et yall,* 1:17-cv-09572 (CM) 12/22/17 Order to Amend</u>

18

19   42 U.S.C. § 1981 provides that: "[a]ll persons within the jurisdiction of the United States shall
     have the same right in every State and Territory to make and enforce contracts, to sue, be parties,

20   give evidence, and to the full and equal benefit of all laws and proceedings for the security of
     persons and property as is enjoyed by white citizens . . . ." For the purposes of § 1981 "the term

21   'make and enforce contracts' includes the making, performance, modification, and termination of
     contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual

22   relationship." 42 U.S.C. § 1981. The rights protected under § 1981 "are protected against
     impairment by nongovernmental discrimination and impairment under color of State law." Id.

23

24   Simply put, defendants conspired over the course of two months to false imprison Plaintiff on
     stage in front of a crowd so they could humiliate him and harm his music. Doe defendants reside

25   in this district and all maintain minimum contacts. The Keep is a hotspot for ketamine/MDMA
     illegal sales.

26

27

28

1

2   "To establish a claim under 42 U.S.C. § 1981, plaintiffs must allege facts supporting the
    following elements: (1) plaintiffs are members of a racial minority; (2) defendants' intent to
3   discriminate on the basis of race; and (3) discrimination concerning one of the statute's
    enumerated activities." Brown v. City of Oneonta, N. Y., 221 F.3d 329, 339 (2d Cir. 2000) (citing
4   Mian v. Donaldson, Lufkin & Jenrette Sec. Corp., 7 F.3d 1085, 1087 (2d Cir. 1993) (per curiam)).
5   Also, "[l]iability may not be imposed under § 1981 without proof of intentional discrimination."
    Gen. Bldg. Contractors Ass'n, Inc. v. Pennsylvania, 458 U.S. 375 (1982).
6
    Plaintiff is a member of a racial minority. While appearing to be white and operating under a
7   pseudonym that concealed the plaintiff's racial minority. . . Tatiana Eva-Marie encouraged
8   Plaintiff to enjoy the benefits, and conditions of the "Open" Jazz Jam at The Keep by not
    impairing his performance. Specifically, by not interrupting his solo and further conducting him
9   to "trade 4s" with the drummer after his solo. Her and the venue's staff also did not hinder
10  Plaintiff's enjoyment of their purchased beverage while operating under the pseudonym and
    appearing white.

11
    A few years later, while Plaintiff was operating under his natural title and donning a Mexican flag
12  hanging from his right jean pocket, he returned to The Keep's Open Jam and Adrien Chevalier
    encouraged white members of the public to perform multiple songs, while Plaintiff was only
13  permitted to perform one full song. That night, Adrien Chevalier mocked plaintiff's name on the
14  microphone in a taunting Mexican accent as plaintiff was leaving. On the Fall Equinox, Adrien
    Chevalier segregated plaintiff, informing him that he couldn't sit/stand in open seating because it
15  was "confusing" and in a disparate manner informed plaintiff that if he wished to play music he
    had to wait and "call a tune".
16  One of Plaintiff's left after witnessing  and also being discouraged to use his voice freely.
17  Plaintiff complied and called a tune, but was not permitted to perform one full song that evening
    or at the following week's sessions either. Also that night, John Doe defendant #1, a trumpet
18  player with their band who brings his little dog with him to the venue (and on stage), was
19  performing and Plaintiff took a standard violin solo once through the form. Adrien Chevalier
    screamed at laintiff while on stage that he had to "take shorter solos". None of the white
20  musicians were spoken to disrespectfully. Many white musicians were encouraged to, and did,
    play through the form multiple times

21  The following week on September 29, 2021, Tatiana Eva-Marie did not allow plaintiff to take a
    violin solo, though no one else was soloing, and conducted the piano player to play over plaintiff.
22  Tatiana Eva-Marie told plaintiff he had to sit/stand elsewhere if he wished to perform. A white
23  woman sitting in the same area as plaintiff performed a violin solo and was not cut off just a few
    songs later. That night, Plaintiff followed Tatiana Eva-Marie's direction and moved to where she
24  told him to perform. While doing so John Doe #1 while "on stage" with his dog cursed Plaintiff
    and called him a clown. Plaintiff has never performed as a clown. Plaintiff was not dressed in any
25  clown outfit at that time. In the middle of his song, Tatiana Eva-Marie intentionally cut his
    microphone off. When Plaintiff continued to sing without the microphone. . . . John Doe
26  defendant #2, the soda fountain operator, and John Doe Defendant #3, the doorman, accosted
27  plaintiff "on stage", surrounding him telling him that he was not allowed to stand there. The song
    abruptly ended.

28

("A claim for false arrest, resting on the Fourth Amendment right to be free from unreasonable seizures, is substantially the same as a claim for false arrest under New York law." (internal quotation marks omitted)).

"Under New York law, the elements of a false imprisonment [or false arrest] claim are: (1) the defendant intended to confine [the plaintiff], (2) the plaintiff was conscious of the confinement, (3) the plaintiff did not consent to the confinement[,] and (4) the confinement was not otherwise privileged." Curry v. City of Syracuse, 316 F.3d 324, 335 (2d Cir. 2003) (first and second alterations in original); see also Broughton v. State, 335 N.E.2d 310, 314 (N.Y. 1975) (same, discussing false imprisonment).

First, the plaintiff needs to prove the defendant caused, authorized, directed, or instigated the plaintiff's detention. Second, the plaintiff needs to prove that they were detained.
(5) the defendant had an active part in arresting the plaintiff.

"Under New York law, the existence of probable cause is an absolute defense to a false arrest claim." Jaegly, 439 F.3d at 152. "An officer has probable cause to arrest when [the officer] has 'knowledge or reasonably trustworthy information of facts and circumstances that are sufficient to warrant a person of reasonable caution in the belief that the person to be arrested has committed or is committing a crime.'" Id. (quoting Weyant v. Okst, 101 F.3d 845, 852 (2d Cir. 1996)).

Right after, Plaintiff inquired of Adrien Chevalier about what had just happened and one of his responses was, "we have to make money."
The white patrons were permitted to enjoy their beverages. The white patrons did not have rules imposed on them.

42 U.S. Code § 2000a - Prohibition against discrimination or segregation in places of public accommodation
(b)(2) any restaurant, cafeteria, lunchroom, lunch counter, soda fountain, or other facility principally engaged in selling food for consumption on the premises, including, but not limited to, any such facility located on the premises of any retail establishment; or any gasoline station; (3) any motion picture house, theater, concert hall, sports arena, stadium or other place of exhibition or entertainment; and

("[A] plaintiff alleging a violation of Section 2000a must allege facts which show that he was deprived of equal use and enjoyment of a covered facility's services and facts which demonstrate discriminatory intent.") (citing Thomas v. Tops Friendly Markets, Inc., 1997 WL 627553, *5 (N.D.N.Y. Oct. 8, 1997)).

Discriminatory intent may be shown by direct or circumstantial evidence, including evidence of a difference in treatment. Coward, 665 F. Supp. 2d at 307. Generally, in order to support an inference of discrimination, knowledge of a plaintiff's race must exist in tandem with other circumstances. Weiss v. La Suisse, 260 F. Supp. 2d 644, 657 (S.D.N.Y. 2003).

s/ Chavez
8/27/21 12/30/21

Page 3 of 3

SUPREME COURT of U.S.

PETITION for WRIT of CERTIORARI

RULE NISI

ORDER TO SHOW CAUSE

Why such relief should not be?

1. Ne exeat — defendant design ☑ GRANTED   X s

quickly to depart ⚥                      ROBERTS, SOTOMAYOR; Alito; KAGAN; THOMAS

PROHIBITION/MANDAMUS

do       do       U.S. COURT OF APPEALS.

Motion for leave to proceed ifp with assistance

of counsel/transcript of record for showing

lack of good faith certification err

U.S. District Court

ifp

Motion for prior permission pseudonymously

leave to file new actions w/o

HIGHEST STATE COURRRT

??? Remove/mand

STATE COURT

Avoid free notary line — poor person

# Receive ETH

 ETH Wallet Address

Network

ETH ▼



0x3ef0d7679a3f696979e6
4bf5e5ebaf803f143c09

Share