# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 21, 2022
Lyle W. Cayce
Clerk

No. 22-10012

Juan Pablo Chavez,

*Plaintiff—Appellant*,

versus

Capella, et al.,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-7

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

  This court must examine the basis of its jurisdiction on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this case, the plaintiff has filed a notice of appeal from the magistrate judge's January 4, 2022 order requiring plaintiff to file an amended complaint that complies with Federal Rule of Civil Procedure 8(a) and to either pay the filing fee or file for leave to proceed *in forma pauperis*. Plaintiff appealed the magistrate judge's order directly to this court without first seeking review by the district court judge as it was required to do. *See Colburn v. Bunge Towing,*

No. 22-10012

*Inc.*, 883 F.2d 372, 379 (5th Cir. 1989); *see also* 28 U.S.C. § 636(b)(1)(A). Accordingly, the appeal is DISMISSED for want of jurisdiction.



**Certified as a true copy and issued as the mandate on Feb 14, 2022**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 14, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 22-10012   Chavez v. Capella
                         USDC No. 3:22-CV-7

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

cc:  Mr. Juan Pablo Chavez