# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JUAN PABLO CHAVEZ          ) | |
|     Plaintiff,              ) | |
| vs.                                      ) | No. 3:22-CV-0007-D |
|                                            ) | |
| CAPELLA, et al.,                ) | |
|     Defendants.       ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, and the objection thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the finndings and conclusions of the court.

Accordingly, this lawsuit will be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the court unless, no later than September 2, 2022, plaintiff files answers to the magistrate judge's third questionnaire, filed on April 28, 2022 (ECF No. 25).

As the court cautioned plaintiff in its April 27, 2022 order (ECF No. 24), "his failure to prosecute this suit or comply with court orders can (and likely will) result in the dismissal of the suit."

**SO ORDERED**.

August 19, 2022.

                                              SIDNEY A. FITZWATER
                                              SENIOR JUDGE