IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN PABLO CHAVEZ,<br>    Plaintiff,<br>vs.<br><br>CAPELLA, et al.,<br>    Defendants. | )<br>)<br>)<br>)  No. 3:22-CV-0007-D<br>)<br>)<br>) |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is ordered and adjudged that any claims by plaintiff against the United States Department of Education under the Higher Education Act are dismissed without prejudice based on sovereign immunity, and plaintiff's remaining claims are dismissed with prejudice under 28 U.S.C. § 1915(e)(2).

Done at Dallas, Texas July 12, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE